# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| INOCENTA ALICIA CARDOZA,<br> *Plaintiff*, | § § § | |
| vs. | § § | Civil Action No. 3:23-cv-210 |
| FAMILY DOLLAR STORES OF<br>TEXAS, LLC | § § § § § | |
|  *Defendant.* | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Family Dollar Stores of Texas, LLC ("Defendant"), files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, requests leave to proceed without local counsel, and respectfully shows:

### Commencement and Service

1. On April 14, 2023, Inocenta Alicia Cardoza ("Plaintiff") commenced this action by filing an Original Petition and Jury Demand ("State Court Petition") in the 346th Judicial District Court of El Paso, Texas. The case is styled Cause No. 2023DCV1217; *Inocenta Alicia Cardoza v. Family Dollar Stores of Texas, LLC d/b/a Family Dollar, d/b/a Family Dollar Stores, d/b/a Family Dollar Stores, Inc.*[1]

2. The lawsuit was first served on Defendant on April 25, 2023.[2]

---

[1] *See **Exhibit C***, Plaintiff's Original Petition.

[2] *See **Exhibit D**,* Return of Service.

3. Defendant timely answered in state court on May 19, 2023 on behalf of Family Dollar Stores, LLC and indicated that all other d/b/a names were misnomers of Family Dollar Stores, LLC, which is the only proper defendant.[3]

4. This Notice of Removal is filed within thirty days of the receipt of service of process and is therefore considered timely pursuant to 28 U.S.C. § 1446(b). This Notice of Removal is also filed within one year of the commencement of this action and is thus timely pursuant to 28 U.S.C. § 1446(c).

## Grounds for Removal

5. Defendant is entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship.

## Diversity of Citizenship

6. There is complete diversity of citizenship between Plaintiff and Defendant.

7. Plaintiff is a citizen of Texas.[4]

8. Defendant Family Dollar Stores of Texas, LLC is not a citizen of Texas.[5] Defendant Family Dollar Stores of Texas, LLC is a limited liability company with a sole member.[6] Family Dollar Stores of Ohio, Inc. is the sole member of Family Dollar

---

[3] See **Exhibit E,** Defendant's Original Answer and Affirmative Defenses.
[4] See **Exhibit C**, Plaintiff's Original Petition at p. 1.
[5] See **Exhibit H**, Affidavit of Amber O. Dove.
[6] *Id.* at ¶ 4.

Stores of Texas, LLC.[7] Family Dollar Stores of Ohio, Inc. is incorporated in Virginia and maintains its principal place of business in Virginia.[8] Defendant's citizenship as an LLC is determined by the citizenship of its members.[9] A corporation is deemed to be a "citizen" of the state where it maintains its principal place of business (its "nerve center") and the state of its incorporation.[10] Therefore, Defendant is a citizen of Virginia.

## Amount in Controversy

9.     This is a personal injury case with well over $75,000 in controversy at the time of this removal. Per her Original Petition, Plaintiff pleads monetary relief over $1,000,000.00 pursuant to Rule 47(c) of the Texas Rules of Civil Procedure.

## Venue

10.    Venue lies in the Western District of Texas, El Paso Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because Plaintiff filed the action in this judicial district and division.

## Notice

11.    Defendant will give notice of the filing of this Notice of Removal to all parties of record pursuant to 28 U.S.C. § 1446(d). Defendant will also file with the

---

[7]     *Id.*

[8]     *Id.*

[9]     *See e.g., Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008).

[10]    *See,* 28 U.S.C § 1332(c)(1); *see also, Hertz Corp. v. Friend,* 559 U.S. 77, 130 S. Ct. 1181, 1185-86 (2010).

clerk of the state court and will serve upon Plaintiff's counsel, a notice of the filing of this Notice of Removal.

## Exhibits to Notice of Removal

12. In support of this Notice of Removal and pursuant to 28 U.S.C. §1446(a), true and correct copies of the following documents are attached to this Notice as corresponding lettered exhibits:

- A. Index of documents filed in Cause No. 2023DCV1217; *Inocenta Alicia Cardoza v. Family Dollar Stores of Texas, LLC d/b/a Family Dollar d/b/a Family Dollar Stores, d/b/a Family Dollar Stores, Inc,* in the 346th Judicial District Court of El Paso County, Texas.– ***Exhibit A***

- B. Docket Sheet for Cause No. 2023DCV1217; *Inocenta Alicia Cardoza v. Family Dollar Stores of Texas, LLC d/b/a Family Dollar d/b/a Family Dollar Stores, d/b/a Family Dollar Stores, Inc,* in the 346th Judicial District Court of El Paso County, Texas. – ***Exhibit B***

- C. Plaintiff's Original Petition filed on April 14, 2023, Cause No. 2023DCV1217; *Inocenta Alicia Cardoza v. Family Dollar Stores of Texas, LLC d/b/a Family Dollar d/b/a Family Dollar Stores, d/b/a Family Dollar Stores, Inc,* in the 346th Judicial District Court of El Paso County, Texas. – ***Exhibit C***

- D. Return of Service filed on April 25, 2023, Cause No. 2023DCV1217; *Inocenta Alicia Cardoza v. Family Dollar Stores of Texas, LLC,* in the 346th Judicial District Court of El Paso County, Texas. - ***Exhibit D***

- E. Defendant's Original Answer and Affirmative Defenses filed May 19, 2023, Cause No. 2023DCV1217; *Inocenta Alicia Cardoza v. Family Dollar Stores of Texas, LLC d/b/a Family Dollar d/b/a Family Dollar Stores, d/b/a Family Dollar Stores, Inc,* in the 346th Judicial District Court of El Paso County, Texas. ***Exhibit E***

- F. Certificate of Interested Persons – ***Exhibit F***

- G. Notice of Filing Removal in State Court – ***Exhibit G***

- H. Affidavit of Amber O. Dove – ***Exhibit H***

## Prayer

WHEREFORE, Defendant, pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, removes this action from the District Court of El Paso County, Texas to this Court.

Respectfully submitted,

By: <u>*/s/ James Snyder*</u>
James D. Snyder
State Bar No. 24088447
james@doyleseelbach.com

Ryan Hecht
State Bar No. 24120281
ryanh@doyleseelbach.com

Doyle & Seelbach PLLC
13215 Bee Cave Pkwy, Ste. A220
Austin, Texas 78738
512.960.4890 Telephone
512.960.4893 fax
doyleseelbach.com

*ATTORNEYS FOR DEFENDANT*



**CERTIFICATE OF SERVICE**

By my signature above, I hereby certify that a true and correct copy of the above and foregoing document has been served by electronic delivery to counsel identified below on this, the 24th day of May 2023.

Daniela Labinoti
Law Firm of Daniela Labinoti, P.C.
707 Myrtle Ave.
El Paso, Texas 79901
915.581.4600 phone
915.581.4605 facsimile
daniela@labinotilaw.com

*Attorney for Plaintiff*